UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIELLE ROBERTSON.,

    Plaintiffs,

vs.

MADGIE COICOU-GERMAN.,

    Defendants,

COMPLAINT

CV25  5111  CRB

**COMPLAINT**

I. INTRODUCTION

Plaintiff Danielle Robertson (pseudonym Jane Doe) files this action against Defendant Madgie Coicou-Germain for engaging in a sustained campaign of online harassment, defamation, and copyright infringement. This conduct includes knowingly false accusations of criminal activity, repeated abuse of social media platforms, and violations of Plaintiff's intellectual property rights.

Defendant exploited the DMCA process by submitting several counter-notifications with knowingly false and unserviceable addresses, allowing her to evade legal service while continuing to publish defamatory and infringing content targeting Plaintiff.

II. JURISDICTION AND VENUE

1

Case 3:25-cv-05111-CRB    Document 1    Filed 06/17/25    Page 2 of 15

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), § 1332 (diversity), and § 1367 (supplemental jurisdiction).

2. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) and 17 U.S.C. § 512(g)(3)(D), where YouTube (a subsidiary of Google) is headquartered.

3. Defendant has submitted to jurisdiction under 17 U.S.C. § 512(g)(3)(D) by filing a DMCA counter-notification, in which she expressly consented to the jurisdiction of this Court.

## III. PARTIES

4. Plaintiff is a U.S. resident appearing under a pseudonym due to credible threats to her safety and psychological well-being. Defendant and her subscribers have repeatedly issued threatening and harmful statements, including urging Plaintiff to "go jump off a bridge," expressing that she wishes Plaintiff would die, and encouraging similar sentiments toward Plaintiff's associates. These statements, coupled with ongoing stalking, harassment, and defamation, have created a legitimate fear of retaliation and harm, warranting the continued use of a pseudonym. Plaintiff uses a pseudonym due to credible threats, harassment, and safety risks. A formal motion to proceed anonymously will be filed as needed. See Doe v. Stegall, 653 F.2d 180 (5th Cir. 1981) (recognizing the right to proceed anonymously in cases involving threats and sensitive issues).

5. Defendant is a resident of Canada who conducts regular online broadcasts and social media activity targeting Plaintiff, including knowingly false and defamatory statements.

## IV. STATEMENT OF FACTS

6. Since December 2024, Defendant has initiated and maintained an online campaign of targeted defamation and harassment. She uploads daily defamatory videos aimed at Plaintiff and her known associates, explicitly stating she does so to harm Plaintiff's reputation and credibility. Defendant has attempted to excuse her conduct by claiming she was "brainwashed" by a third party, Jaguar Wright. However, even after publicly severing ties with Wright, Defendant has continued her slanderous smear campaign without pause or remorse. This includes livestreams, edited videos, and community posts.

7. Since December 2024, Defendant has maintained an aggressive and deliberately malicious online campaign of defamation and harassment through YouTube and social media. She has uploaded defamatory videos nearly every day, often stating it is her intention to destroy Plaintiff's reputation and to 'take her name' by continuously tagging her in videos and flooding Plaintiff's algorithm with smear content for profit and exposure. These videos contain knowingly false claims presented without evidence and often in contradiction to publicly available facts. When corrected or debunked, Defendant continues to double down on falsehoods, illustrating willful disregard for the truth and actual malice. Examples of such conduct include:

- Publishing false claims that Plaintiff uploaded or distributed child sexual abuse material (CSAM) on YouTube and Discord;

- Repeatedly misidentifying Plaintiff as "Danielle Elizabeth Allen," a woman previously charged in connection with a homicide, in order to link Plaintiff to a violent crime;

- Falsely alleging Plaintiff participated in the burglary of Defendant's home;

- Accusing Plaintiff of fabricating child abuse records, despite citation to official documentation;

- Making degrading statements about Plaintiff's gender identity, mental health, and professional qualifications;

- Telling Plaintiff to "go jump off a bridge" and publicly expressing that she wishes Plaintiff would die;

- Harassing Plaintiff's known supporters by calling them "pigs" and accusing them of crimes to isolate Plaintiff socially;

- Threatening to expose Plaintiff's identity in defiance of her pseudonymous status and previous cease requests;

- Accusing Plaintiff of being Sandra Luv and Divine, women with health conditions that the Plaintiff does not have.

- Accusing Plaintiff of being worse than a sexual assaulter and a convicted registered sex offender despite Plaintiff never have committed such a crime and Plaintiffs lack of a criminal record.

- Tagging Plaintiff in videos and posts with malicious intent, even after being told to stop both verbally and in writing. Harassing Plaintiff's subscribers by publicly calling them "pigs" and making defamatory allegations against them in an effort to intimidate and isolate Plaintiff.

## V. COPYRIGHT INFRINGEMENT

8. Plaintiff is the sole and exclusive copyright holder of two separate original works: a. "Dani Montana Instrumental" – Original musical composition registered with the U.S. Copyright Office under Registration No. SR0000968754, published February 15, 2023. b. "Dani Montana Swords" – Visual and audio creative work registered under Registration No. VA0002443468, registered on January 29, 2025.

9. Defendant has used both copyrighted works without authorization in multiple monetized YouTube videos, including those listed below. Plaintiff seeks a court order under 17 U.S.C. § 512(g)(3)(D) and § 502(a) to restrain YouTube from reinstating these URLs, as they contain infringing, unlicensed uses of Plaintiff's copyrighted content:

    o   https://www.youtube.com/watch?v=ebcPTpQQzIc
    o   https://www.youtube.com/watch?v=DdSI98bhL9s
    o   https://www.youtube.com/watch?v=CF5YGc-FRR4
    o   https://www.youtube.com/watch?v=buVuE5yEDqM
    o   https://www.youtube.com/watch?v=Qv-R9P6s1JE
    o   https://www.youtube.com/watch?v=1MkT8V1y9UY
    o   https://www.youtube.com/watch?v=kzpQknKxyHM
    o   https://www.youtube.com/watch?v=Qz0LFy_EKcM
    o   https://www.youtube.com/watch?v=ykc9Q8eRGG8
    o   https://www.youtube.com/watch?v=bn7WjxRmKGM
    o   https://www.youtube.com/watch?v=f7qZgqjGHj0

10. Defendant's unauthorized use of Plaintiff's works was for commercial gain, lacked transformative purpose, and undermines Plaintiff's exclusive right to control distribution. The use was unlicensed, lacked commentary, criticism, or educational purpose, and was therefore not protected under 17 U.S.C. § 107.

11. Defendant submitted a false DMCA counter-notice to YouTube with an invalid address to hinder enforcement.

## VI. HARM TO PLAINTIFF

12. As a direct result of Defendant's conduct, Plaintiff has suffered severe reputational harm, targeted harassment, false criminal implications, disruption of professional relationships, and emotional trauma. Defendant has also profited from the unauthorized use of Plaintiff's copyrighted content.

## VII. CAUSES OF ACTION

13. Count 1 – Defamation (Libel and Slander)

14. Count 2 – False Criminal Accusation (Burglary)

15. Count 3 – Copyright Infringement (17 U.S.C. § 501)

16. Count 4 – Online Harassment and Cyberstalking

17. Count 5 – Intentional Infliction of Emotional Distress

18. Count 6 – False Light and Identity Misrepresentation

19. Count 7 – Fraudulent DMCA Counter-Notice (17 U.S.C. § 512(g))

## VIII. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

- Issue a permanent injunction prohibiting Defendant from tagging, referencing, or contacting Plaintiff, and from uploading, reposting, or otherwise distributing any infringing or defamatory content;

- Declare Defendant's DMCA counter-notification invalid and restrain YouTube from reinstating any URLs containing Plaintiff's copyrighted content;

- Award compensatory and punitive damages for defamation, emotional distress, and business interference in the amount of $75,000;

- Award statutory damages for copyright infringement in the amount of $150,000 for one unauthorized use, pursuant to 17 U.S.C. § 504;

- Order the removal of all infringing and defamatory content;

- Grant any other relief the Court deems appropriate, including attorneys' fees and court costs if applicable.

Respectfully submitted,

*Danielle Robertson / Jane Doe*

(appearing under pseudonym for safety)
30 N Gould St, Ste R, Sheridan, WY 82801
DaniMontana2022@gmail.com
302-496-7016
Date: June 17, 2025

## Exhibit A: Ongoing Defamation and Unwanted Communication Targeting @DaniRobe

The following screenshots are selected examples of video titles and tagging practices used by the Defendant in an ongoing pattern of defamatory content and unwanted communication. These videos are published almost daily and specifically target the Plaintiff, using her name (@DaniRobertson) in video titles, tags, and descriptions. This exhibit documents a sample of such content as of June 17, 2025.

### A1 - Mocking Cartoons and Defamatory Labeling ('Dani the Robot' Series)

Title: Why People Regret Going Against Jaguar Wright @DaniRobertson

Date: Jan 16, 2025 | Duration: 2:03:25




Title: What the Haters Don't Want You to Know About Jaguar Wright

Date: Dec 29, 2024 | Duration: 3:49:03



Title: Black YouTube's Treatment of Jaguar Wright: A Deep Dive

Date: Dec 15, 2024 | Duration: 3:29:37



Why Dani Robotson Called Police: The Madgie Drama Exposed
Madgie The Black Owl • 10 waiting • Jun 17, 2025

Why Dani Robotson Called Police: The Madgie Drama Exposed #live #madgie #jaguarwright #danirobertson #tashak #attwood @RealTalkTeaWithKimmieLuv @KINGWURLD2023 @KultivateWitKah @DaniRobertson...

Notify me

Title: Why Are YouTubers Targeting Jaguar Wright? The Hidden Truth

Date: Dec 12, 2024 | Duration: 1:41:27



## Description

Why Dani Robotson Called Police: The Madgie Drama Exposed

| 2 | 2 | Jun 17 |
|---|---|---|
| Likes | Waiting | 2025 |

#live    #madgie    #jaguarwright

Why Dani Robotson Called Police: The Madgie Drama Exposed
#live #madgie #jaguarwright #danirobertson #tashak #attwood

@RealTalkTeaWithKimmieLuv

**A2 - New Defamation Trend: 'Dani Robotson' & Pig Imagery (June 2025 Series)**

Title: Why Dani Robotson Called Police: The Madgie Drama Exposed

Date: Scheduled: Jun 17, 2025 | Duration: n/a



1 VPH    1.3x

Title: Why Dani Robotson Called Police

Date: Jun 17, 2025 | Duration: n/a





Title: YouTube's Bully Problem: Jaguar Wright and Dani Robotson

Date: Jun 16, 2025 | Duration: 3:23:20



Title: How Madgie Became Public Enemy #1

Date: Jun 15, 2025 | Duration: 2:13:11



1.7x

Title: Madgie vs Everyone: The Biggest Creator War of 2025

Date: Jun 15, 2025 | Duration: 57:26

Home  Videos  Shorts  Live  Playlists  Posts   🔍 dani



**Why 2025 Is Exposing Dani Robertson More Than Jaguar Wright**
Madgie The Black Owl • 1.5K views • Jun 7, 2025   38 VPH   1.7x

Why 2025 Is Exposing Dani Robertson More Than Jaguar Wright #jaguarwright #danirobertson #live #villain @DaniRobertson @RealTalkTeaWithKimmieLuv @TREEZTEA1 @KINGWURLD2023 @unwinewithteddy



**Why Dani Robertson Is Worse Than Jaguar Wright: The Truth**
Madgie The Black Owl • 2.5K views • Jun 5, 2025   8 VPH   1.9x

Why Dani Robertson Is Worse Than Jaguar Wright: The Truth #jaguarwright #danirobertson #live #drama @DaniRobertson @KINGWURLD2023 @RealTalkTeaWithKimmieLuv @KultivateWitKah



**Are Dani Robertson & OG Patrice Becoming What They Criticize in Jaguar Wright?**
Madgie The Black Owl • 2.7K views • May 4, 2025   1.8x

Are Dani Robertson & OG Patrice Becoming What They Criticize in Jaguar Wright? #jaguarwright #diddy #live #drama In this video, we're discussing the irony of Dani Robertson and OG Patrice...